# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

|  |  |
|---|---|
| ) | **Docket No. 1:22-MJ- 4-WCM** |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | ***UNDER SEAL*** |
| **v.** ) | |
| ) | |
| ) | |
| **JESSE LYNN WILLIAMS** ) | |
| ) | |
| ) | |

## ORDER SEALING CRIMINAL COMPLAINT, ACCOMPANYING AFFIDAVIT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Accompanying Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Accompanying Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 13th day of January 2022.

Signed: January 13, 2022

W. Carleton Metcalf
United States Magistrate Judge